**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| AMY TAFT, : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 2:17-cv-1020 |
| : | |
| SELECTIVE INSURANCE COMPANY : | |
| OF AMERICA, : | **JUDGE SARAH D. MORRISON** |
| : | **Magistrate Judge Kimberly A. Jolson** |
| **Defendant.** : | |

## ORDER REGARDING NOTICE OF SETTLEMENT

Counsel jointly notified the Court that the captioned matter settled on August 8, 2019 and that a dismissal entry would follow within fourteen days. No dismissal was filed within that timeframe, so the Court's September 3, 2019 Order required counsel to file a status report on or before September 6, 2019. Counsel's response of that date confirmed that the matter had settled while further providing that a dismissal entry would be filed within fourteen days. Again, no dismissal entry was filed by the stated date. Then, on September 23, 2019, the Court contacted counsel via e-mail, who responded that they would coordinate the filing of a dismissal entry. No dismissal has been filed as of the date of this Order. Accordingly, the Court orders counsel to file a dismissal entry on or before October 14, 2019. If no dismissal is filed by that date, the Court will conduct an in-person status conference on October 21, 2019 at 1:30 p.m. All counsel must personally attend. If a dismissal is timely filed, then the status conference will not take place.

**IT IS SO ORDERED.**

<u>/s/ Sarah D. Morrison</u>
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**