# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Amy Taft : | |
| : | |
| Plaintiff, : | |
| : | Case No.: 2:17-CV-01020 |
| vs : | |
| : | Judge Sarah D. Morrison |
| Selective Insurance Company of America : | Magistrate Judge Jolson |
| : | |
| Defendant. : | |
| : | |
| : | |
| : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff hereby dismisses her Complaint and all claims asserted against Defendant with prejudice and on the merits.

Respectfully Submitted,

/s/ Drew H. Campbell  
Drew H. Campbell (0047197)  
Bricker & Eckler, LLP  
100 South Third Street  
Columbus, Ohio 43215  
(614) 227-2319  
Counsel for Defendant

/s/ Steve J. Edwards_____  
Steve J. Edwards (0000398)  
4030 Broadway  
Grove City, Ohio 43123  
(614) 875-6661  
Counsel for Plaintiff

14304838v2